GEORGE W. DIXON, EXECUTOR OF THE WILL OF ARTHUR DIXON

*v.*

STATE OF ILLINOIS.

*Opinion filed April 26, 1921.*

INHERITANCE TAX—*when refund will be made.* Where an inheritance tax has been assessed by the County Judge against an estate and paid, without first deducting the Federal Tax, and afterwards upon proper proceedings the County Court modified the order, by reason of the failure to deduct the Federal Tax, and re-assessed the tax due the State, the claimant is entitled to a refund of the over-payment of the tax under Section 10, of Inheritance Tax Law.

Edward J. Brundage, Attorney General, for State.

This is an action for refund of inheritance taxes erroneously paid into the State Treasury in the estate of Arthur Dixon, deceased.

Briefly, the facts in the case, which are admitted by the Attorney General, are as follows: Arthur Dixon died testate, October 26th, 1917, a resident of Cook County, this State, and George W. Dixon was appointed executor.

In due time the County Judge of said county entered an order assessing an inheritance tax of fifty-three thousand, nine hundred and 64/100 dollars in said estate, which amount less 5% was within the six months paid into the County Treasury to-wit: $51,205.61.

Pursuant to proper proceedings thereafter in the County Court, of which the Attorney General had due notice, an order was made modifying the original order of assessment by reason a failure to deduct the federal estate tax in original compensation. The tax as assessed by the latter order entered October 22, 1919, is forty-seven thousand seven hundred fifty-two and 21/100 dollars. By reason of the payment of the assessment within six months of the decedent's death, the exact amount of the tax due, by reason of the order of modification is forty-five thousand three hundred sixty-four and 60/100 dollars, making an over-payment of taxes of five thousand eight hundred forty-one and 01/100 dollars, which the State consents to this refund.

The Court accordingly awards claimant the sum of five thousand eight hundred forty-one and 01/100 dollars.